**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.instagram.com/p/B8hWbm_pzjD/

